# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KELLY J. DILLOW-LOPEZ,** | : |
| **Plaintiff,** | : Civil No. 3:16-1442 |
| v. | : (Judge Mannion) |
| **NANCY A. BERRYHILL,** **Acting Commissioner of Social Security**[1] | : |
| **Defendant.** | : |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) Judgment is entered in favor of Plaintiff Kelly J. Dillow-Lopez and against Nancy A. Berryhill[2], Acting Commissioner of Social Security as to Plaintiff's Social Security Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI") claims under Title II and Title XVI;

(2) The decision of the Acting Commissioner of Social Security denying Kelly J. Dillow-Lopez's DIB and SSI claims is **VACATED**

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Federal Rule of Civil Procedure 25(d), Nancy A. Berryhill is substituted for Carolyn W. Colvin, Acting Commissioner of Social Security as the defendant in this suit

[2] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Federal Rule of Civil Procedure 25(d), Nancy A. Berryhill is substituted for Carolyn W. Colvin, Acting Commissioner of Social Security as the defendant in this suit.

>    and the case is **REMANDED** to the Commissioner of Social Security to conduct a new administrative hearing, fully develop the record, and appropriately evaluate the evidence; and

(3)   The Clerk of Court shall **CLOSE** the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: March 21, 2017

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1442-01 order.wpd