# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELLY J. DILLOW-LOPEZ, : | |
| : | CIVIL ACTION NO. 3:16-1442 |
| Plaintiff : | |
| : | (JUDGE MANNION) |
| v. : | |
| NANCY A. BERRYHILL, : | |
| Acting Commissioner of | |
| Social Security, : | |
| Defendant : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

The Commissioner's Motion to Alter or Amend Judgment Pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, **(Doc. 22)**, is **DENIED**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: October 10, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1442-02.docx